**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **REJANEE HORTON, as Guardian of the Estate of REGINALD SAFFORD,** | ) | **Case No.** |
| **Plaintiff,** | ) | **Hon. Judge** |
| **v.** | ) | **Magistrate Judge** |
| **JOHN DOE WINNEBAGO GUARDS** | ) | |
| **Defendants.** | ) | |

## COMPLAINT

NOW COMES THE PLAINTIFF, REJANEE HORTON, as Guadian of the Estate of REGINALD SAFFORD, by and through her attorneys, THE LAW OFFICE OF GREGORY E. KULIS AND ASSOCIATES, LTD, complaining against Defendants, JOHN DOE WINNEBAGO JAIL GUARDS, stating as follows:

## FACTS

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C § 1983 and § 1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, REJANEE HORTON, as Guadian of the Estate of REGINALD SAFFORD, accomplished by the acts and/or omissions of the Defendants, JOHN DOE WINNEBAGO JAIL GUARDS, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. § 1343 and § 1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, REJANEE HORTON, as Guadian of the Estate of REGINALD SAFFORD, was at all relevant times a United States Citizen and resident of the State of Illinois.

4. At all relevant times, Defendants JOHN DOE WINNEBAGO JAIL GUARDS were dully appointed corrections officer professionals with the County of Winnebago.

5. On July 1, 2026, REGINALD SAFFORD, was in his cell located at Winnebago County Jail.

6. While in his cell, REGINALD SAFFORD had a heart attack and became incapacitated.

7. His cellmate, Mario Lloyd Neal, banged on the door for assistance and pushed the emergency button for assistance with the medical condition of REGINALD SAFFORD.

8. Defendants JOHN DOE WINNEBAGO JAIL GUARDS heard the banging on the door and were alerted of the emergency button activated in the cell of REGINALD SAFFORD and deliberately ignored those cries for help.

9. After a significant period of time, Defendants JOHN DOE WINNEBAGO JAIL GUARDS ambled to REGINALD SAFFORD's cell and provided assistance.

10. By the time that Defendants JOHN DOE WINNEBAGO JAIL GUARDS responded, too much time had passed, and REGINALD SAFFORD experienced significant brain damage as a result of the heat attack.

11. Due to the significant brain damage and his subsequent disabled state that REGINALD SAFFORD experienced, his daughter REJANEE HORTON had to become a guardian on his behalf.

## COUNT I: VIOLATION OF SUBSTANTIVE DUE PROCESS RIGHTS UNDER THE 14TH AMENDMENT

1-11 Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

12. The Fourteenth Amendment protects pre-trial detainees from objectively unreasonable medical care.

13. Defendants JOHN DOE WINNEBAGO JAIL GUARDS knew on July 1, 2026, that REGINALD SAFFORD was having a heart attack and that his cellmate, Mario Lloyd Neal, was screaming and banging for help for his heart attack.

14. Despite knowing that REGINALD SAFFORD was having a heart attack, Defendants JOHN DOE WINNEBAGO JAIL GUARDS deliberately and maliciously ignored REGINALD SAFFORD and Mario Lloyd Neal's cries for help, aware of the strong and obvious likelihood that Plaintiff would be seriously harmed by doing so.

15. Defendants JOHN DOE WINNEBAGO JAIL GUARDS' actions were objectionably unreasonable in violation of REGINALD SAFFORD's 14th Amendment rights as enforced under 42 U.S.C. § 1983 as elaborated under Miranda v. County of Lake, 900 F.3d 335. (7th Cir. 2018).

16. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of Plaintiff's father.

17. Defendants' actions were the direct proximate cause of great pain and suffering, the loss of the enjoyment of life, and ultimately REGINALD SAFFORD's untimely heat attack and ensuing disability that occurred on and after July 1, 2026.

**WHEREFORE**, the Plaintiff, REJANEE HORTON, as Guadian of the Estate of REGINALD SAFFORD, respectfully prays for judgment in her favor against Defendants JOHN DOE WINNEBAGO JAIL GUARDS jointly and severally, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## JURY DEMAND

PLAINTIFF JOHN DOE WINNEBAGO JAIL GUARDS DEMANDS TRIAL BY JURY.

Respectfully submitted,

**REJANEE HORTON**

/s/ Gregory E. Kulis
Attorney for Plaintiff

**Gregory E. Kulis**
**ARDC No. 6180966**
**Gregory E. Kulis & Associates Ltd.**
**134 N. LaSalle Street, Suite 444**
**Chicago, IL 60602**
**(312) 580-1830**
**(312) 580-1839 (Fax)**