**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Horton et al . Winnebago Guards Case Number: 3:26-cv-50390

An appearance is hereby filed by the undersigned as attorney for: Plaintiff REJANEE HORTON, as Guardian of the Estate of REGINALD SAFFORD

Attorney name (type or print): Brian M. Orozco

Firm: Gregory E. Kulis & Associates, Ltd.

Street address: 134 North LaSalle Street, Suite 444

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6309838 Telephone Number: 312-580-1830
(See item 3 in instructions)

Email Address: borozco@kulislawltd.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/10/26

Attorney signature: /S/ Brian M. Orozco
(Use electronic signature if the appearance form is filed electronically.)